WHETHER THE COURT OF CRIMINAL APPEALS VIOLATED APPELLANT'S FIFTH AMENDMENT RIGHT AGAINST DOUBLE JEOPARDY WHEN IT AFFIRMED A CONVICTION FOR THE LESSER–INCLUDED OFFENSE OF SEXUAL ASSAULT BY BODILY HARM, WHEN APPELLANT WAS CHARGED WITH THAT SAME OFFENSE AT TRIAL AND ACQUITTED BY A PANEL OF OFFICERS.

The decision of the United States Air Force Court of Criminal Appeals is reversed as to Specification 4 of Charge II. The finding of guilty as to that specification is set aside, and the specification is dismissed. The remaining findings are affirmed. The record is returned to the Judge Advocate General of the Air Force for remand to the Court of Criminal Appeals. That court may reassess the sentence based on the affirmed findings.

Monday, March 13, 2017

No. 17–0281/AR. U.S. v. Kaitlin Shave. CCA 20160048. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 30, 2017.

No. 17–0283/NA. U.S. v. Jeffery J. Quichocho. CCA 201500297. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 4, 2017.

No. 17–0284/MC. U.S. v. Victor A. Hurtado. CCA 201500051. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 4, 2017.

No. 17–0285/AR. U.S. v. Gene N. Williams. CCA 20130582. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 4, 2017.

Thursday, March 16, 2017